UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60361-CIV-SEITZ/DUBE

KAREN HOSEIN,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS MATTER is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Robert L. Dube [DE-31], recommending that the Defendant's Motion For Summary Judgment be denied, Plaintiff's Motion For Summary Judgment be granted in part, the decision of the Administrative Law Judge ("ALJ") be reversed and this case be remanded for further proceedings. No objections have been filed to the R&R.

Judge Dube recommends remanding this case for further proceedings pursuant to sentence six of Section 405(g) of the Social Security Act, which provides for a remand in order to compel the Commissioner to consider new evidence "upon a showing that there is new evidence which is material and that there is good cause for the failure to incorporate such evidence into the record in a prior proceeding...." Specifically, he finds that after the ALJ's June 24, 2008 decision denying Plaintiff's request for benefits, the Social Security Administration's Attorney Advisor rendered a decision finding Plaintiff was disabled as of June 25, 2008 and eligible for benefits.[1] Judge Dube concludes that

---

[1] Though the R&R states that the decision was rendered on June 25, 2008, the day after the ALJ issued his ruling (following a March 20, 2008 hearing), the record reflects the Attorney Advisor's decision was actually rendered on May 21, 2010. (DE-24-1 at page 20). As a result, Judge Dube's R&R will be adopted except for the factual finding that the decision was rendered on June 25, 2008, which must be rejected. However, this erroneous date does not impact the validity of Judge Dube's conclusion that the decision is new and material evidence justifying a remand.

1

Attorney Advisor's decision is new and material evidence. (R&R at pages 7-8, citing *Floyd v. Astrue*, 2010 WL 2326508 (E.D.N.C. Apr. 26, 2010) (Attorney Advisory decision rendered after ALJ's decision was new and material evidence). He also finds that the Attorney Advisor relied on information that was available prior to the ALJ's decision, and concludes that the discrepancy between the ALJ's and Attorney Advisor's decision calls into question whether the ALJ considered all material evidence in the record before making his decision. Having reviewed *de novo*, the R&R, the Motions For Summary Judgment, the record and pertinent authority, it is hereby

ORDERED THAT

(1) The Report and Recommendation of United States Magistrate Judge Robert L. Dube [DE-31] is AFFIRMED and ADOPTED except as to the date noted in footnote 1.

(2) Defendant's Motion For Summary Judgment [DE-17] is DENIED.

(3) Plaintiff's Motion For Summary Judgment [DE-24] is GRANTED IN-PART.

(4) The decision of the Administrative Law Judge is REVERSED and this cause is REMANDED for further proceedings for the ALJ to consider all material evidence in the record, including the Attorney Advisor's decision, and to conduct a full credibility analysis. The credibility analysis must include a specific statement as to the basis for rejecting Plaintiff's hearing testimony, and a description of any inconsistencies between the Plaintiff's testimony and the record as a whole.

(5) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 13 day of January, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge White
Counsel of Record